IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | } } } |
| Plaintiff, | } } |
| v. | } CIVIL ACTION NO. 3:17-cv-02569-L } |
| TIM SHEPHERD M.D., PA d/b/a SHEPHERD HEALTHCARE | } } } } } |
| Defendant. | } |

## JOINT SETTLEMENT STATUS REPORT

Plaintiff Equal Employment Opportunity Commission ("Plaintiff") and Defendant Tim Shepherd M.D., PA d/b/a Shepherd Healthcare ("Defendant") hereby submit their Joint Status Report in accordance with this Court's December 29, 2017 Scheduling Order.

Counsel for the parties met in person at the EEOC's office in Dallas on Friday, April 27, 2018, to discuss the status of settlement and the most appropriate time for mediation. The parties discussed matters relating to both the non-monetary and monetary relief necessary to resolve the case, as well as the Defendant's current financial standing. The parties agreed that early mediation would be an effective tool to resolve the litigation. Counsel for the parties agreed to schedule a mediation in early June 2018, prior to the deadline for joining additional parties or amending the pleadings. Counsel also reached agreement on a mediator, Cecelia Morgan of JAMS in Dallas. The parties will contact Ms. Morgan to schedule a date certain for that mediation.

Respectfully submitted,

JAMES LEE
Acting General Counsel

GWENDOLYN Y. REAMS
Associate General Counsel

ROBERT A. CANINO
Oklahoma State Bar No. 011782


SUZANNE M. ANDERSON
Texas Bar No. 14009470

/s/ Meaghan L. Kuelbs
MEAGHAN L. KUELBS
Sr. Trial Attorney
Texas Bar No. 24105277

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Dallas District Office
207 Houston, 3rd Floor
Dallas, Texas 75202
(TEL) (214) 253-2740
(FAX) (214) 253-2749
meaghan.kuelbs@eeoc.gov

**ATTORNEYS FOR PLAINTIFF**

/s/ Thomas S. Brandon, Jr.
Thomas S. Brandon, Jr.
Texas Bar No. 02881400

**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**
301 Commerce Street, Suite 3500
Ft. Worth, TX 76102
(817) 878-0500 Main
(817) 878-0532 Direct
(817) 878-0501 Fax

**ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 30th day of April, 2018, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.


               <u>Meaghan L. Kuelbs</u>
               Meaghan L. Kuelbs